United States District Court
Southern District of Texas
**ENTERED**
January 04, 2024
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RICKEY EDWARD LEVI, | § | |
| "Petitioner," | § | |
| | § | |
| v. | § | Civil Action No. 1:23-cv-00094 |
| | § | |
| BOBBY LUMPKIN, | § | |
| "Respondent." | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Magistrate Judge's Report and Recommendation" ("R&R") (Dkt. No. 15). The R&R recommends this Court (1) grant Respondent's Motion to Dismiss (Dkt. No. 13); (2) dismiss with prejudice Plaintiff's "Petition Under 8 U.S.C. § 2254 for Writ of Habeas Corpus By a Person in State Custody" ("§ 2254 Petition") (Dkt. No. 1); and (3) direct the Clerk of the Court to close this case. Dkt. No. 15.

Objections were due December 5, 2023. No objections were filed by either party. If there have been no objections to the magistrate's ruling, then the appropriate standard of review is "clearly erroneous, abuse of discretion and contrary to law." *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

Shortly after the R&R (Dkt. No. 15) was issued, the Court Clerk docketed a letter from Petitioner written before the R&R's issuance. Dkt. No. 17. In the letter, Petitioner repeats arguments he made in his § 2254 Petition and other filings. *Compare* Dkt. Nos. 1 & 14 *with* Dkt. No. 17. Because Petitioner did not make any new objections or substantive arguments for the magistrate to consider before issuing the R&R, the letter is deemed inconsequential.

Finding no clear error, abuse of discretion, or finding contrary to law, the R&R (Dkt. No. 15) is **ADOPTED**. Petitioner's § 2254 Petition (Dkt. No. 1) is **DISMISSED with prejudice**. The Clerk of the Court is **ORDERED** to close this case. The Court **DECLINES** to issue a certificate of appealability. *See Alexander v. Johnson*, 211 F.3d 895, 898 (5th Cir. 2000) (holding that district courts may deny COA sua sponte without requiring further briefing or argument).

The Clerk of the Court is also **ORDERED** to **SEAL** Dkt. No. 12-1 to protect the privacy of the victim.

Signed on this ___4th___ day of ___January___, 2024.

Rolando Olvera
United States District Judge